FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0277

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0277

JOSEPH H. SCHMAUS,

Plaintiff and Appellant,

v.

CX RANCH, LLP,

Defendant and Appellee.

O R D E R

FILED

DEC 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's second motion for extension of time to file his opening brief and good cause appearing,

IT IS ORDERED the Appellant's opening brief shall be filed on or before January 4, 2023.

DATED this 5 day of December, 2022.

For the Court,

_____
Chief Justice